NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAYTHEON TECHNOLOGIES CORPORATION,**
*Appellant*

**v.**

**GENERAL ELECTRIC COMPANY,**
*Appellee*

**ANDREW HIRSHFELD, PERFORMING THE FUNCTIONS AND DUTIES OF THE UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2021-1166

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-01289.

---

**JUDGMENT**

---

CHRISTOPHER DRYER, Fish & Richardson PC, Washington, DC, argued for appellant. Also represented by LAUREN

ANN DEGNAN, JARED HARTZMAN, WALTER KARL RENNER.

CHRISTOPHER PEPE, Weil, Gotshal & Manges LLP, Washington, DC, argued for appellee. Also represented by ANISH R. DESAI, New York, NY.

PETER JOHN SAWERT, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor. Also represented by DANIEL KAZHDAN, THOMAS W. KRAUSE, MAUREEN DONOVAN QUELER, FARHEENA YASMEEN RASHEED, MOLLY R. SILFEN.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, CHEN, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 18, 2022     /s/ Peter R. Marksteiner
        Date             Peter R. Marksteiner
                         Clerk of Court